1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

BARRON SIMMONS,

                           Petitioner,

    vs.

MATTHEW CATE,

                       Respondent.

CASE NO. 10CV1795 DMS (BGS)

**ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING PETITION, AND DENYING CERTIFICATE OF APPEALABILITY**

      Petitioner Barron Simmons, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus under 28 U.S.C. § 2254.  The case was referred to United States Magistrate Judge Bernard G. Skomal for a report and recommendation pursuant to 28 U.S.C. Section 636(b)(1)(B) and Civil Local Rule 72.1(d).  The case was initially stayed to give Petitioner time to exhaust his state remedies.  After completion of state court proceedings, on August 24, 2012, Respondent filed a response.  Petitioner did not file a traverse.  On October 10, 2011, the Magistrate Judge issued a Report and Recommendation recommending to deny the Petition.  Petitioner has not filed any objections.

      A district judge "may accept, reject, or modify the recommended disposition" on a dispositive matter prepared by a magistrate judge proceeding without the consent of the parties for all purposes. *Fed. R. Civ. P.* 72(b); *see* 28 U.S.C. § 636(b)(1).  "The court shall make a *de novo* determination of those portions of  the [report and recommendation] to which objection is made."  28 U.S.C. § 636(b)(1).  When no objections are filed, the *de novo* review is waived.  Section 636(b)(1) does not

require review by the district court under a lesser standard. *Thomas v. Arn*, 474 U.S. 140, 149-50 (1985). The "statute makes it clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made, but not otherwise*." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); *see Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1225-26 & n.5 (D. Ariz. 2003) (applying *Reyna-Tapia* to habeas review).

In the absence of objections, the court **ADOPTS** the Report and Recommendation. The petition is **DENIED** for the reasons stated in the Report and Recommendation. For the same reasons, certificate of appealability is also **DENIED**.

**IT IS SO ORDERED.**

DATED:  November 27, 2012

_____
HON. DANA M. SABRAW
United States District Judge